1952–1953 and 1953–1954, Land $1,200,000, Building $6,500,000, Total Assessment — $7,700,000. The assessments as modified are justified by the record. Settle order. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ GLADYS SCHATTEN, Appellant, v. SAMUEL VOGEL, Doing Business as VOGEL'S PHARMACY, Respondent.— Judgment unanimously reversed on the law and the facts and a new trial ordered, with costs to abide the event. The dismissal of the complaint herein was based upon the direction of a verdict in favor of defendant. This may only be done where the trial court finds " that by no rational process could the trier of the facts base a finding in favor of the [party moved against] upon the evidence * * * presented." (*Blum* v. *Fresh Grown Preserve Corp.*, 292 N. Y. 241, 245; *Wearever Upholstery & Furniture Corp.* v. *Home Ins. Co.*, 286 App. Div. 93, 95.) The trial court in a sufficient charge submitted to the jury the question of the duty of care owed by defendant as a landlord out of possession to the plaintiff. (Cf. *De Clara* v. *Barber S. S. Lines*, 309 N. Y. 620; *Noble* v. *Marx*, 298 N. Y. 106.) Moreover, the question of plaintiff's contributory negligence, if any, was one for the determination of the jury. Applying the afore-stated rule to the present case, it was error to direct a verdict in favor of defendant. We find, however, that the verdict of the jury upon the issue of contributory negligence was against the weight of the credible evidence. In the absence of an order, we affirm so much of the decision of the trial court as set aside the jury's verdict. We reverse that portion which dismissed the complaint upon a directed verdict and instead direct a new trial. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BOBBY LEE SAMS, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ WILLIAM KAUFMAN et al., Respondents, v. GENERAL DYNAMICS CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of THOMAS J. BARRETT, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed and the proceeding dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., Petitioners, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, et al., Respondents. In the Matter of ALLSTATE INSURANCE COMPANY, Petitioner, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, et al., Respondents. (Consolidated Proceeding.) — Determination of the Superintendent of Insurance of the State of New York unanimously confirmed and the petition of Charles P. Cullen, as treasurer of New York Fire Insurance Rating Organization, et al., the petitioners in the first of these consolidated proceedings, is dismissed, with $20 costs and disbursements to the respondents, Superintendent of Insurance of the State of New York and Allstate Insurance Company. In so holding, it is concluded that petitioners are aggrieved parties. The petition of Allstate Insurance Company, the petitioner in the second of these consolidated proceedings, is permitted to be withdrawn and the proceeding discontinued, without costs. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., Appellants, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, et al., Respondents.—

Final order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ. [2 Misc 2d 486.]

■ DOMINICK PALLADINO, Appellant, v. CITY OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ MARY SPORA et al., Appellants, v. FIRST NATIONAL STORES, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of FRANK J. MALLIA, Petitioner, against BERNARD J. GILLROY, as Commissioner of the Department of Buildings, City of New York, Respondent.— Determination unanimously confirmed and the proceeding dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ JUDITH S. BENDESKY, Respondent, v. SALLY BELLER et al., Defendants, and LLOYD FREEDMAN et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ JOHN JAROS, Respondent, v. WALTER D. FLOERSHEIMER et al., Defendants, and MERKIN & Co. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ ROBERT VELAISE, Appellant, v. RICHARD A. SHERESKY, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. [9 Misc 2d 278.]

■ HENRY DE JONG, Respondent, v. HOTEL ROOSEVELT CORPORATION et al., Defendants, and HOTEL CORPORATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion denied in all respects. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ BENJAMIN ACKMAN et al., Doing Business as ACKMAN BROTHERS v. TOREN, INC.— Motion for leave to reargue denied. Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ EDITH KRAMER v. AUSTRAL AMERICAN TRADING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ RALPH E. MARSON v. GLORIA S. MARSON et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ RALPH E. MARSON v. GLORIA S. MARSON et al.— Motion for leave to reargue and for permission to submit new evidence denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ JOSEPH A. SCHAINES v. ROSE SCHAINES.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in Schaines v. Schaines (ante, p. 717). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN J. SCHLANGER against JESSICA SCHLANGER.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.